THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| MEGHAN COTTON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MRAE, LLC, MICHELLE EBERT, and FRANK COLACURCIO, JR., <br><br> Defendant. | No. 2:22-cv-432 <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT** |

Plaintiff Meghan Cotton ("Plaintiff") and defendant MRAE, LLC ("Defendant"), by and through their undersigned counsel, hereby stipulate to an extension of the time for Defendant to answer or otherwise respond to the Complaint [Dkt. No. 1,] to June 10, 2022.

The Parties hereby submit that good cause exists for extension of the time for Defendant to answer or otherwise respond to the Complaint, as follows.

1. Defendant's counsel filed a Notice of Appearance on May 10, 2022.

2. Counsel for Plaintiff and Counsel for Defendant have been discussing whether Defendant is a proper named defendant in this matter. The parties have agreed to an extension of the deadline for Defendant to respond to the Complaint to June 10, 2022. The parties agree

STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT – Page 1

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

that the requested extension would facilitate such discussions, by allowing more time before Defendant undertakes the expense of preparing a response to the Complaint.

DATED this 10th day of May, 2022.

*s/ Todd T. Williams*
Todd T. Williams, WSBA No. 45032
CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Telephone: (206) 625-8600
Fax: (206) 625-0900
E-mail: twilliams@corrcronin.com
Attorney for Defendant

*s/ April Rhéaume*
April Rhéaume, WSBA No. 57119
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Fax: (888) 787-2040
Email: april@sanfordlawfirm.com
Attorney for Plaintiff

STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT – Page 2

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED this 11th day of May, 2022.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND DEADLINE FOR
DEFENDANT TO RESPOND TO COMPLAINT
– Page 3

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900