THE HONORABLE JUDGE ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| MEGHAN COTTON,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MRAE, LLC, MICHELLE EBERT, and FRANK COLACURCIO, JR.,<br><br>　　　　　　　Defendants. | NO. 2:22-cv-432- BJR<br><br>**ORDER GRANTING JOINT MOTION TO STAY** |

NOW, having considered the Parties' Joint Motion to Stay Pending Arbitration made pursuant to the Federal Rules of Civil Procedures and the Federal Arbitration Act, the Court grants the Motion.

1. Plaintiff Meghan Cotton's claims in this action are subject to a binding and enforceable arbitration agreement.

2. Pursuant to Section 4 of the FAA and the express terms of the arbitration agreement, Plaintiffs' claims are hereby compelled to individual arbitration for resolution pursuant to the terms of the arbitration agreement

ORDER GRANTING JOINT MOTION TO STAY – Page 1

3. This action shall be stayed pending the outcome of arbitration. The Parties are directed to provide a joint status report to the Court 120 days from the date of this Order.

**IT IS SO ORDERED.**

Dated this 10th day of June, 2022.

_____
UNITED STATE DISTRICT JUDGE
BARBARA J. ROTHSTEIN

and   **DEFENDANT, MRAE, LLC**

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Telephone: (206) 625-8600
Fax: (206) 625-0900

/s/ *Todd T. Williams*
Todd T. Williams
WA Bar No. 45032
twilliams@corrcronin.com

ORDER GRANTING JOINT MOTION TO STAY – Page 2